Voucher manifest below. Please save the following pages for your records.      Check No. 1198820

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-03724-JJT | 999-0 | MICHAEL S COOKE<br>Original Check written to:<br>MICHAEL S COOKE and HAIDEE O COOKE<br>2950 BROADWAY #2<br>BOULDER, CO  80304- | | 0.00 | 63.86 | 0.00 | 63.86 |
| 16-04104-HWV | 999-0 | WILLIAM CRAIG CARNELL<br>Original Check written to:<br>WILLIAM CRAIG CARNELL and MELISSA A. CARNELL<br>269 MEADOW MOUNTAIN DRIVE<br>MC CONNELLSBURG, PA  17233- | | 0.00 | 7.80 | 0.00 | 7.80 |
| 17-00402-JJT | 999-0 | VICTOR S GORSKI<br>Original Check written to:<br>VICTOR S GORSKI and MICHELE M GORSKI<br>1230 SUTTON CREEK RD<br>DALLAS, PA  18612-6037 | | 0.00 | 15.86 | 0.00 | 15.86 |
| 17-03862-JJT | 999-0 | DAVID D. MCDONALD<br>Original Check written to:<br>DAVID D. MCDONALD<br>PO BOX 814<br>DINGMAN'S FERRY, PA  18328- | | 0.00 | 9,272.00 | 0.00 | 9,272.00 |
| 17-04273-JJT | 999-0 | ALLEN J EXETER, JR.<br>Original Check written to:<br>ALLEN J EXETER, JR.<br>1 FRED STREET<br>OLD FORGE, PA  18518 | | 0.00 | 560.80 | 0.00 | 560.80 |